UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

PROVIDENT LIFE AND CASUALTY
INSURANCE COMPANY,

                Plaintiff,

   - against -

HAROLD J. WARREN, JR.,

                Defendant.

------------------------------------------X

05 Civ. 9834 (RWS)

O R D E R

**Sweet, D.J.**,

     Plaintiff filed this action on November 21, 2005, but has failed to serve defendant within 120 days of filing in violation of Rule 4(m), Fed. R. Civ. P.

     Plaintiff is hereby granted an additional thirty (30) days in which to serve defendant.

     It is so ordered.

New York, NY
April 18, 2006

ROBERT W. SWEET
U.S.D.J.